IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTORIA Q. POOLE,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3010

Opinion filed August 1, 2014.

An appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Christopher J. Anderson, Neptune Beach, for Appellant.

Pamela Jo Bondi, Attorney General, Samuel B. Steinberg and Jay Kubica, Assistant Attorneys General, Tallahassee, for Appellee.


PER CURIAM.

      The convictions and sentences imposed for two counts of attempted second degree murder are affirmed without prejudice to the raising of the issue of the adequacy of the factual bases for her no contest pleas in a motion filed pursuant to rule 3.850, Florida Rules of Criminal Procedure.

      AFFIRMED.

WOLF, VAN NORTWICK, and MARSTILLER, JJ., CONCUR.